MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH *v.* HOOD COACH LINES INCORPORATED *et al; et vice versa.*

ATKINSON, J. This case involves the same municipal ordinance that was involved in *Mayor &c. of Savannah* v. *Ellington Co., 177 Ga.* 149 and is controlled by the decision rendered in that case.

*Judgment affirmed on the main bill of exceptions. Cross-bill of exceptions dismissed. All the Justices concur.*

Nos. 9376, 9377. JULY 12, 1933.

*John J. Bouhan* and *Marvin O'Neal Jr.,* for plaintiff in error. *Connerat & Hunter* and *Haas & Gambrell,* contra.